IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2007 NOV -1  A 9:50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Robert Lee Allen
Full name and prison number of plaintiff(s)

v.

Autauga County Sheriff Dept
Autauga Deputy B. Dillon

Name of person(s) who violated your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 2:07cv982-WKW
(To be supplied by the Clerk of the U.S. District Court)

**DEMAND FOR JURY TRIAL**

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes (✓)   No ( )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes (✓)   No ( )

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:
   Plaintiff(s) Robert lee Allen
   Defendant(s) Gresham, Brutton, Strother

2. Court (if federal court, name the district; if state court, name the county)
   Middle District of Alabama Northern Division

3. Docket No. 2:07-CV-928-MHT

4. Name of Judge to whom case was assigned Honorable Wallace Capel, Jr.

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? **still pending**

6. Approximate date of filing lawsuit **10/22/2007**

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **Autauga County Jail**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Montgomery County Jurisdiction**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Autauga County Sheriff Department | |
| 2. | Autauga Deputy B. Dillon, ID# A-15 | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **2/7/2007**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **Illegal Arrest Violated Ala Code 1975 §15-10-10, 15-10-12 Title 11-40-10, Title 6-5-338 Illegally Transported**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved). **See Exhibit ___ Attached Robert Lee Allen, was Arrested outside Arresting officer Jurisdiction**

-2-

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
Criminal + Negligence Activity, punitive DAMAges, Mental And ANGuish DAMAges, INjuctive Relief, MoNetARY DAMAges, uNjust treatment DAMAges Relief    JuRY TRiAl Criminal + Negligence DAMAges, under Color of lAW

*Robert L Allen*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 10/29/2007.
           (date)

*Robert L All—*
Signature of plaintiff(s)

-3-

ON the Mourning of February the 7th day of 2007, at or about 10:00 am Robert lee Allen was inform by the guard working in the cube to pack up all of his personal belonging's, and Report to BK-3 Booking Room area, after about 5 minutes the guard called again and said a Lowndes County Deputy Sheriff was coming, to help him with his belongings, about (1) one minute later lowndes County Deputy O.J. STRother came inside D wedge cell block as I was walking out my cell, Deputy O.J. stRotheR then escorted Robert lee Allen to the BK-3 booking area where SGt. BRutton, told me to sign my name on a Consolidated Appearance bond, and I would be release to go home until my CouRt date.

But after Robert Allen, sign this Consolidated Appearance bond, dated February 7th 2007, Robert lee Allen was handcuffed by Lowndes County Deputy O.J. stRother and Transported outside of his jurisdiction to the ChevRon Gas Station located inside of Montgomery County jurisdiction on Highway 80 at this ChevRon gas station located about (20) twenty miles away fRom pRattville, Al an Autauga County Deputy Sheriff was park waiting in his patRol caR waiting to Execute Autauga County ARRest waRRants on Robert lee Allen.

Outside of his police jurisdiction, inside Montgomery County, Autauga County Deputy B. Dillon Executed (5) five Autauga County Arrest warrants sign by Sheriff Herbie Johnson on February 7th 2007. Also these Autauga County Arrest warrants were executed without first Notifying Montgomery County, their wasn't any Montgomery officer's present from any Agency's from Montgomery County acting in his or her official Capicity so that an Autauga County Deputy could Execute these Autauga County warrants in their jurisdiction. Lowndes County Conspired with Autauga County and Release Robert lee Allen, Using a Consolidated Appearance bond, with false (Statments) statements and forged Signatures and false charge(s) and illegal (Transporting) Transportation.

So After the Lowndes County Deputy O.J. Strother Remove(d) his handcuffs, Autauga County Deputy B. Dillon handcuffed Robert lee Allen, and put him in his patrol car, and call the Autauga Dispatcher to let them know he was enroute back to Autauga County. Deputy B. Dillon then drove away from this Chevron gas station located on Highway 80 on the outskirts of Montgomery Deputy B. Dillon drove back towards Montgomery city on Highway 80, and got off on the exit for Mobile Highway.

And drove toward the New Raceway Gas Station located on the corner of Southern blvd and Mobile Highway, at this intersection Deputy B. Dillon made a left turn on Southern blvd and drove toward Birmingham Highway where he made a left turn and drove on into prattville, Al to the Autauga County Sheriff Department. Deputy B. Dillon went inside and came out after about 5 minutes and did some paperwork when he finished. Deputy B. Dillon then drove to the Autauga County Jail facility where I was book into the jail.

This HONORABLE COURT, already know Robert Allen does not have any way to copy any documents at this Autauga jail facility. It is already establish with the court that I am indigent and my status has not changed. IN this Instant Complaint Robert Allen Respectfully ask the Honorable Judge to Amend Plaintiff's Response And Answer to the Defendant's Report to the MAGISTRATE And Also Defendant's Answer And AFFIRMATIVE DEFENSE. From these Cases, Case No. 2:07-cv-90-ID, and this case Also Case No. 2:07-cv-928-MHT, and all of the Exhibits

From these cases that will establish merit to this instant complaint, so that the court can see for themselves the documents, that the plaintiff has no way of copying to send to the Honorable Court as evidence to prove his case. My Constitutional and Civil Rights has been violate(d) as follow:

1.) Under Code 1975 § 15-10-10, 15-10-12

2.) Also violate(d) under Title 11-40-10, and Title 6-5-338

3.) Executed these Autauga warrants in Montgomery County on 2/7/2007
   A) 1.) WR-06-165, 28503
   B) 2.) WR-06-166, 28504
   C) 3.) WR-06-167, 28505
   D) 4.) WR-06-168, 28506
   E) 5.) WR-06-169, 28507

4.) See Case No. 2:07-CV-928-MHT, 2:07-CV-90-ID, Exhibits

I declare under penalty of perjury that the above information is true and correct.

10/29/2007
Date

Robert Lee Allen
Signature




Robert Allen
Autauga Jail
136 N. Court St
PRAttville, Al 36067-3002

OFFice oF the Clerk
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, Al 36101-0711

INMATE MAIL
AUTAUGA METRO JAIL