| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Barbara G. Rhodes*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): BARBARA G. Rhodes<br>C. Date of Delivery: 11-5-07<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Deputy B. Dillon<br>Autauga County Sheriff's Dep<br>162 W. 4th Street<br>Prattville, AL 36067<br><br>07cv982 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0005 4873 2175 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540