IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

Robert Lee Allen
    Plaintiff,

V.                              2:07-CV-982-WKW

Autauga County Sheriff
Dept., et al.,
    Defendants,

## Motion of Objection of Recommendation Filed on 11/02/2007

COMES NOW, the plaintiff, Robert L. Allen, pro se, in the above styled cause and would move the Honorable Court and would object to the Court Recommedation to Dismiss Autauga County Sheriff's Department as a Defendant in the above Reference case and would support his claim with the following:

1.) See case of <u>Andison(?) vs. Allstate Insurance Company</u>, 58 F. Supp. 2d. 734 (10)(S.D. Miss, 1999)

2.) The plaintiff would Respectfully note that a Federal Court should not Dismiss a Meritorious Constitutional claim

3.) The plaintiff would Respectfully Request that this Honorable Court Consider the violation of the plaintiff's 4th Amendment Right.

4.) see ANDERSON VS. CREIGHTON, 483 U.S. 635, 97 L.Ed.2d. 523, 107 S.Ct. 3034 (1987)

5.) The head Sheriff Herbie Johnson, of Autauga County Alabama Endorse these Arrest warrants on February 7th of 2007 willingly and knowingly knowing that Autauga Deputy B. Dillon was going outside of their jurisdiction to Execute the Arrest warrants on Robert lee Allen in Another County. Violating A.R.C.P. 15-10-10, 15-10-12.

6.) These officer's have Numerous Amounts of years working For the Autauga Sheriff Dept. And know how to Enforce all laws and ordinances, make Arrest when necessary, and adequately prepare the Required paperwork, checks officers Reports, Maintains a high professional demeanor and attitude toward the Department and the law. And thus the Autauga Sheriff Dept. should be held liable.

7.) That the Arrest warrants otherwise was defective and unconstitutional

8.) see The Violent Crime Control and Law Enforcement Act of 1994, 42 U.S.C. 14141 ("Section 14141")

9.) see The Omnibus Crime Control and Safe Street Act of 1968, 42 U.S.C. 3789d (c)(3) ("SAFE STREET ACT")

10.) see Title VI of the Civil Rights Act of 1964, 42 U.S.C. 2000d and § 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794

## CONCLUSION

Wherefore, the plaintiff prays that this Honorable Court take jurisdiction in this matter.

## CERTIFICATE OF SERVICE

I certify that I have served a true copy of the foregoin on the Honorable Clerk Mrs. Debra Hackett, by placing same in the mail 1st class, postage paid on this 12th day of November 2007.

Robert L. Allen    11/12/2007    pro se    Robert L Allen
136 N. Court St                              Robert L. Allen
Prattville, Al 36067-3002

MR. Robert L Allen
Autauga Metro Jail
136 N. Court ST
PRattville, Al 36067-3002



Legal Documents
Enclosed

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711

INMATE MAIL
AUTAUGA METRO JAIL

36101+0711-11 B007