IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

Robert Lee Allen,
    Plaintiff,
V.                            Case No. 2:07-CV-982-WKW

Autauga County Sheriff Dept., et al.,
    Defendants,

## MOTION TO STRIKE DEFENDANT OJ STROTHER NAME AND MOTION TO LEAVE TO AMEND ORIGINAL § 1983 AMENDMENT TO COMPLAINT

COMES NOW, the plaintiff, pro se, and Respectfully moves this Honorable Court to strike OJ Strother name, and Amend the Original 1983 Complaint in its place where it states OJ. Strother to place the words "A Lowndes County Deputy Sheriff"; plaintiff Respectfully ask this Honorable Court to take jurisdiction in this matter. Plaintiff will show the Court as follow the grounds to support this Request.

1.) This is very unusual circumstances.

2.) The plaintiff is confined, and is limited

3.) is unsure if O.J. Strother, the correct name "the <u>Defendant's Special Report and Answer's</u>" will <u>Reveal</u> the <u>true</u> name of the Lowndes County Deputy Sheriff that Transported Robert L. Allen on February 7th 2007 to Montgomery County to be arrested.

4.) The defendant name in this instant claim first name is "<u>O.J.</u>" but is unsure of the last name. Plaintiff wishes this action to proceed.

5.) The defendant's will not be prejudiced by this Request.

## CERTIFICATE OF SERVICE

I certify that I have served a true and correct copy of the foregoin on the <u>Defendants, 134 W 4th St pRAttville, Al 36067</u>, by placing same in the U.S. Mail 1st class postage prepaid on this 26th day of November 2007.

Robert L Allen            11/26/2007   Pro se   Robert L Allen
136 N. Court St
pRAttville, Al 36067-3002                        Robert L Allen