IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT LEE ALLEN | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-982-WKW |
| AUTAUGA DEPUTY B. DILLON | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Leave to Amend Complaint to name "Lowndes County Deputy Sheriff" as a defendant, and as such does not sufficiently identify the individual Plaintiff seeks to name as a party to the complaint, it is

ORDERED that the Motion for Leave to Amend Complaint (*Doc. No. 11*) be and is hereby DENIED.

Also before the court is Plaintiff's Motion to Strike O.J. Strother as a party to the complaint. O.J. Strother is not named as a party to this action. Plaintiff's motion shall, therefore, be denied.

Accordingly it is

ORDERED that Plaintiff's Motion to Strike O.J. Strother as a party to the complaint (*Doc. No. 11*) be and is hereby DENIED.

Done, this 28th day of November 2007.

        /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE