IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 DEC 11  A 9: 50

ROBERT LEE ALLEN,                    *
                                     *
        Plaintiff,                   *
                                     *
vs.                                  *     CASE NO. 2:07-CV-982-WKW
                                     *
AUTAUGA COUNTY SHERIFF               *
DEPT., et al.,                       *
                                     *
        Defendants.                  *

## ANSWER TO COMPLAINT

COMES NOW, the Defendants in the above-styled cause, by and through their counsel, and for Answer to Complaint would state and aver as follows:

I.      States that they are without sufficient information from which to form a belief as to the truth and veracity of Paragraph I of the Complaint, but would otherwise deny each and every allegation contained in same and demand strict proof thereof.

II.     Admits that Plaintiff is currently in the Autauga County Metro Jail, but would deny the remaining allegations and demand strict proof thereof.

III.    Admits that the Plaintiff alleges claims against the stated Defendants, but would otherwise deny same and demand strict proof thereof.

IV.     Admits that the Plaintiff alleges that a violation occurred on February 7, 2007, but would otherwise deny same and demand strict proof thereof.

V.      Denies the allegations contained in Paragraph V and would demand strict proof thereof.

VI.    Denies the allegations contained in Paragraph VI and would demand strict proof

thereof.

FOR FURTHER ANSWER,

1.   The Defendants would state that *Code of Ala. 1975*, §15-10-10 provides specifically for

arrest in another county when it states:

"... When the defendant is in another county, it may be executed therein by any law
enforcement officer having the warrant or writ...."

2.   The warrants of arrest were executed in Autauga County, Alabama.

3.   The remaining sections of the *Code of Ala.* cited by the Plaintiff do not apply herein.

J. ROBERT FAULK (FAU002)
Attorney for Defendants

OF COUNSEL:
McDOWELL, FAULK & McDOWELL, L.L.C.
Attorneys at Law
145 West Main Street
Prattville, AL 36067
(334) 365-5924          Telephone
(334) 365-6016          Facsimile
robert@mcdowellfaulk.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on the 11th day of December, 2007 served a copy of the foregoing
on Robert L. Allen by placing a copy of same in the U. S. Mail, postage prepaid and properly
addressed as follows:

Robert L. Allen
Inmate
Autauga County Metro Jail
136 North Court Street
Prattville, AL 36067

J. ROBERT FAULK