RECEIVED

2007 DEC 11 A 9:50

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

**ROBERT LEE ALLEN,** *

**Plaintiff,** *

**vs.** * **CASE NO. 2:07-CV-982-WKW**

**AUTAUGA COUNTY SHERIFF DEPT., et al.,** *

**Defendants.** *

**REPORT BY DEFENDANTS**

COMES NOW the Defendants in the above-styled matter, by and through their counsel, and after a review of the subject matter of the Complaint provides to this Honorable Court a report as requested by Order dated November 2, 2007.

A. FACTS AND CIRCUMSTANCES

The Plaintiff, ROBERT LEE ALLEN, is incarcerated in the Autauga County Metro Jail awaiting trial for various charges stemming from a high speed chase. (A complete list is attached to this Report as Exhibits "A", "B", "C", "D", and "E" and made a part hereof.)

The Plaintiff's complaint appears to revolve around an allegation of being illegally arrested in Montgomery County, Alabama instead of Autauga County, Alabama. See attached statement of Deputy Sheriff Larry Nixon attached hereto as Exhibit "F" and which is made a part hereof and which provides the Defendant's summary of the facts and circumstances surrounding this matter.

B. CORRECTIVE ACTION BY PRISON OFFICIALS

The Autauga County Sheriff's Office does not see a need to take any corrective action since it feels that its present policies and procedures dealing with inmate arrests are appropriate.

C. OTHER COMPLAINTS

The other complaints known to the Defendants deal with a Complaint pending in this Court by the following individuals:

Ralph Wilson Lingo v. State of Alabama, et al., under Civil Action No. 1:06-CV-703-MHT dealing with a variety of issues, none of which deal with the issues of the instant complaint.

The allegations in this Complaint do not appear to similar with the above such as to justify consolidation.

The Defendants claim the defenses of immunity and qualified immunity.

DATED: December 11, 2007.

J. ROBERT FAULK (FAU002)
Attorney for Defendants

OF COUNSEL:
McDOWELL, FAULK & McDOWELL, L.L.C.
Attorneys at Law
145 West Main Street
Prattville, AL 36067
(334) 365-5924 Telephone
(334) 365-6016 Facsimile
robert@mcdowellfaulk.com

CERTIFICATE OF SERVICE

I hereby certify that I have on the 11th day of December, 2007 served a copy of the foregoing on Robert L. Allen by placing a copy of same in the U. S. Mail, postage prepaid and properly addressed as follows:

Robert Lee Allen
Inmate
Autauga County Metro Jail
136 North Court Street
Prattville, AL 36067

J. ROBERT FAULK

28503

# WARRANT

STATE OF ALABAMA AUTAUGA COUNTY DISTRICT COURT

AGENCY NUMBER: ABI

WARRANT NUMBER: WR 2006 000165.00
OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST ROBERT LEE ALLEN AND BRING HIM/HER BEFORE THE DISTRICT COURT OF AUTAUGA COUNTY TO ANSWER THE STATE ON A CHARGE(S) OF:

ATTEMPT - ASSAULT 1S CLASS: C TYPE: F COUNTS: 001

AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE ____ DAY OF ________ ____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 13 DAY OF AUGUST, 2006.

BOND SET AT: (1) $10,000.00 BOND TYPE:
(2) ____________
(3) ____________

DEFENDANT'S EXHIBIT A
ALL-STATE LEGAL®

[signature]
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: ATTEMPT - ASSAULT 1S 13A-004-002 F FELONY

NAME: ROBERT LEE ALLEN
ADDRESS: 1025 BLUEBERRY LANE
ADDRESS:
CITY: PRATTVILLE STATE: AL

ALIAS:
ALIAS:
ZIP: 36067 0000
PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 09/01/1964 RACE: B SEX: M HAIR: BLK
EYE: BRO HEIGHT: 6'03" WEIGHT: 185
SID: 000000000 SSN: 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 DL NUM:

## EXECUTION

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

(✓) PLACING DEFENDANT IN THE AUTAUGA COUNTY JAIL
( ) RELEASING DEFENDANT ON APPEARANCE BOND

RECEIVED
2006 AUG 16 PM 2 19
AUTAUGA CO SHERIFF

THIS 7 DAY OF FEB 2007

H. Johnson
SHERIFF

B Dillon
BY

COMPLAINANT: MATT BOWMAN
301 S RIPLEY ST
P O BOX 1511
MONTGOMERY AL 36104

OPERATOR: WHM DATE: 08/13/2006

28507

WARRANT

STATE OF ALABAMA AUTAUGA COUNTY DISTRICT COURT D2850

AGENCY NUMBER: ABI WARRANT NUMBER: WR 2006 000156.00
OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST ROBERT LEE ALLEN AND BRING HIM/HER BEFORE THE DISTRICT COURT OF AUTAUGA COUNTY TO ANSWER THE STATE ON A CHARGE(S) OF:
ATTEMPT - ASSAULT 2N CLASS: A TYPE: M COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE ___ DAY OF ___ ___, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 13 DAY OF AUGUST, 2006.

BOND SET AT: (1) $3,000.00 BOND TYPE:
(2) ___
(3) ___

DEFENDANT'S EXHIBIT B
ALL-STATE LEGAL

[signature]
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

F Felony

CHARGES: ATTEMPT - ASSAULT 2N 13A-004-002

NAME: ROBERT LEE ALLEN ALIAS:
ADDRESS: 1025 BLUEBERRY LANE ALIAS:
ADDRESS:
CITY: PRATTVILLE STATE: AL ZIP: 36067 0000
PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 09/01/1964 RACE: B SEX: M HAIR: BLK
EYE: BRO HEIGHT: 6'03" WEIGHT: 185
SID: 000000000 SSN: 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 DL NUM:

EXECUTION

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
(✓) PLACING DEFENDANT IN THE AUTAUGA COUNTY JAIL
( ) RELEASING DEFENDANT ON APPEARANCE BOND

RECEIVED 2006 AUG 16 PM 2 20 AUTAUGA CO. SHERIFF

THIS 7 DAY OF FEB

H. JOHNSON
SHERIFF

B Dillon
BY

COMPLAINANT: MATT BOWMAN

OPERATOR: WHM DATE: 08/13/2006

W 28505

W A R R A N T

STATE OF ALABAMA AUTAUGA COUNTY DISTRICT COURT

AGENCY NUMBER: ABI WARRANT NUMBER: WR 2006 000167.00
OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST ROBERT LEE ALLEN AND BRING HIM/HER BEFORE THE DISTRICT COURT OF AUTAUGA COUNTY TO ANSWER THE STATE ON A CHARGE(S) OF:
LEAVING SCENE ACC W/ CLASS: C TYPE: F COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE ______ DAY OF __________ ______, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 13 DAY OF AUGUST, 2006.

BOND SET AT: (1) $10,000.00 BOND TYPE:
(2) __________
(3) __________

[signature]
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

DEFENDANT'S EXHIBIT C

CHARGES: LEAVING SCENE ACC W/ 032-010-001 F FELONY

NAME: ROBERT LEE ALLEN ALIAS:
ADDRESS: 1025 BLUEBERRY LANE ALIAS:
ADDRESS:
CITY: PRATTVILLE STATE: AL ZIP: 36067 0000
PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 09/01/1964 RACE: B SEX: M HAIR: BLK
EYE: BRO HEIGHT: 6'03" WEIGHT: 185
SID: 000000000 SSN: 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 DL NUM:

E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
(✓) PLACING DEFENDANT IN THE AUTAUGA COUNTY JAIL
( ) RELEASING DEFENDANT ON APPEARANCE BOND

RECEIVED 2006 AUG 16 PM 2 20 AUTAUGA CO. SHERIFF

THIS 7 DAY OF FEB 2007

H. Johnson
SHERIFF

BY B Dillon

COMPLAINANT: MATT BOWMAN

OPERATOR: WHM DATE: 08/13/2006

28506

# WARRANT

STATE OF ALABAMA AUTAUGA COUNTY DISTRICT COURT 028501

AGENCY NUMBER: ABI WARRANT NUMBER: WR 2006 000168.00
OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST ROBERT LEE ALLEN AND BRING HIM/HER BEFORE THE DISTRICT COURT OF AUTAUGA COUNTY TO ANSWER THE STATE ON A CHARGE(S) OF:
RECKLESS ENDANGERMEN CLASS: A TYPE: M COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE ________ DAY OF __________ ______, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 13 DAY OF AUGUST, 2006.

BOND SET AT: (1) $3,000.00 BOND TYPE:
(2) ________ ____
(3) ________ ____

DEFENDANT'S EXHIBIT D
ALL-STATE LEGAL®

[signature]
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: RECKLESS ENDANGERMEN 13A-006-024 M MISDEMEANOR

NAME: ROBERT LEE ALLEN ALIAS:
ADDRESS: 1025 BLUEBERRY LANE ALIAS:
ADDRESS:
CITY: PRATTVILLE STATE: AL ZIP: 36067 0000
PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 09/01/1964 RACE: B SEX: M HAIR: BLK
EYE: BRO HEIGHT: 6'03" WEIGHT: 185
SID: 000000000 SSN: 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 DL NUM:

## EXECUTION

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
(✓) PLACING DEFENDANT IN THE AUTAUGA COUNTY JAIL
( ) RELEASING DEFENDANT ON APPEARANCE BOND

RECEIVED
2006 AUG 16 PM 2 20
AUTAUGA CO. SHERIFF

THIS 7 DAY OF FEB 2007

H. JOHNSON
SHERIFF

B Dillon
BY

COMPLAINANT: MATT BOWMAN

OPERATOR: WHM DATE: 08/13/2006

028507

WARRANT

STATE OF ALABAMA AUTAUGA COUNTY DISTRICT COURT 02850

AGENCY NUMBER: ABI

WARRANT NUMBER: WR 2006 000169.00

OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST ROBERT LEE ALLEN AND BRING HIM/HER BEFORE THE DISTRICT COURT OF AUTAUGA COUNTY TO ANSWER THE STATE ON A CHARGE(S) OF:

ATT ELUDE POLICE CLASS: U TYPE: M COUNTS: 001

AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN THEREON.

YOU WILL RECEIVE ONTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE ________ DAY OF ________ ________, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 13 DAY OF AUGUST, 2006.

BOND SET AT: (1) $500.00 BOND TYPE:
(2) ________
(3) ________

DEFENDANT'S EXHIBIT E
ALL-STATE LEGAL®

JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: ATT ELUDE POLICE 032-05A-193 M MISDEMEANOR

NAME: ROBERT LEE ALLEN
ALIAS:
ADDRESS: 1025 BLUEBERRY LANE
ALIAS:
ADDRESS:
CITY: PRATTVILLE STATE: AL ZIP: 36067 0000
PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 09/01/1964 RACE: B SEX: M HAIR: BLK
EYE: BRO HEIGHT: 5'03" WEIGHT: 185
SID: 000000000 SSN: 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 DL NUM:

EXECUTION

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

(✓) PLACING DEFENDANT IN THE AUTAUGA COUNTY JAIL

( ) RELEASING DEFENDANT ON APPEARANCE BOND

RECEIVED 2006 AUG 16 PM 2 20 AUTAUGA CO SHERIFF

THIS 7 DAY OF FEB

H. JOHNSON
SHERIFF

B Dillon
BY

COMPLAINANT: MATT BOWMAN

OPERATOR: WHM DATE: 08/13/2006




STATE OF ALABAMA

COUNTY OF AUTAUGA

BEFORE ME, the undersigned, a Notary Public in and for said County and State, personally appeared LARRY NIXON, whose name is signed to this Affidavit and who is know to me and who being by me first duly sworn, doth depose and say as follows:

My name is LARRY NIXON and I am a Deputy Sheriff for Autauga County, Alabama. I have been a Deputy Sheriff for 13 years. I am also the Chief Jailer for the Autauga County Metro Jail.

The purpose of this Affidavit is to provide to the Honorable Court the facts and circumstances surrounding a Complaint filed in this Court by ROBERT LEE ALLEN by Civil Action No. 2:07-CV-982-WKW.

Robert L. Allen is currently an inmate in the Autauga County Metro Jail being held on a number of charges stemming from a high speed chase. These charges are attached to this Report as Exhibits "A" through "E". He files this Complaint with this Honorable Court alleging that he was illegally arrested and illegally transported to the Autauga County Metro Jail.

Mr. Allen was a prisoner in the Lowndes County Jail. He was being held on charges in Lowndes County, Alabama. He had pending charges against him in Autauga County. As a result, the Sheriff of Lowndes directed that he be transferred to Autauga County, Alabama to stand for the charges against him in said County. The Lowndes County deputies met the Autauga County deputies in Montgomery County, Alabama where Mr. Allen was transferred from Lowndes to Autauga County law enforcement officers. Mr. Allen was then transported to the Autauga County Sheriff's Office by Autauga County Deputy Dillon. When the deputies arrived at the Autauga County Sheriff's Office, Officer Dillon went into the office to do paperwork, came out and executed the

various warrants against Mr. Allen as shown on Exhibits "A" through "E" and Mr. Allen was placed in the Autauga County Metro Jail. This was all done in accordance with the laws of the State of Alabama. Since the warrants were executed when Mr. Allen was transported to Autauga County, there could be no illegal arrest or any illegal transportation of him as he claims in his complaint. Furthermore, *Code of Ala. 1975*, §15-10-10 allows for execution of arrests outside of Autauga County by Autauga County deputies.

I provide the following information from my perspective and to address the concerns of Mr. Allen.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this the 11th day of December, 2007.

LARRY NIXON
Captain/Warden
Autauga Metro Jail

SWORN TO and SUBSCRIBED to before me on this the 11th day of December, 2007.

NOTARY PUBLIC

My Commission Expires:

H:\LIT\Autauga County\Allen.2007-765\Affidavit of Larry Nixon.wpd

**J. Robert Faulk**
**My Commission Expires**
**August 11, 2011**