# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

Robert Lee Allen,
    Plaintiff,

V.                              Case No. 2:07-CV-982-WKW

Autauga County Sheriff
Dept., et al.,
    Defendants,

## MOTION FOR EXTENSION OF TIME

COMES NOW, Plaintiff, Robert Lee Allen, Pro Se in the above styled cause and would respectfully request this Honorable Court to extend their time. In support of this motion, Plaintiff states as follows:

1.) Plaintiff is in need of additional time to fully review and recieve documentation through the U.S. Mail, that was mail out to be copied and mail back.

2.) Plaintiff Allen have not previously requested an extension of time in this case.

3.) The Defendant will not be prejudiced by the requested extension.

4.) Plaintiff Allen herein respectfully request this Honorable Court to grant an extension of time, in which to prepare an answer to the Defendant Special Report and answer.

Wherefore Plaintiff Respectfully prays that this Honorable Court grant an extension of time to properly prepare an answer to Defendant Special Report an answer.

## CERTIFICATE OF SERVICE

I hereby Certify that a Copy of the foregoin has been served upon Honorable J. Robert Faulk, Defendant Counse by placing same in the U.S. Mail, postage prepaid on this the 18th day of December 2007.

Robert L. Allen
136 N. Court St
Prattville, Al 36067-3002

Pro se Robert L Allen
Robert L. Allen

MONTGOMERY AL 361

21 DEC 2007 PM 2 T



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
HONORABLE, CLERK MRS. DEBRA HackeTT
P.O. BOX 711

Montgomery, Al 36101-0711