IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ROBERT LEE ALLEN,
    Plaintiff,

V.                          2:07-cv-982-WKW

AUTAUGA DEPUTY B. DILLON,
    Defendant,

## MOTION TO STRIKE O.J. STROTHER NAME FROM the INSTANT COMPLAINT AND MOTION FOR LEAVE to AMEND ORIGINAL § 1983 with this NAME DEPUTY BIRTLEY IN ITS PLACE ON THIS INSTANT COMPLAINT REPORT AMENDMENT TO COMPLAINT

COMES NOW, the plaintiff, Robert L. Allen, pro se IN the above Styled Cause, and would move the Honorable Court to Allow him leave to Amend Original Complaint and to Strike O.J. STROTHER name from Instant Complaint Report, and Amend with Deputy Birtley, name in its place on this Complaint. And he would support this Motion with the following:

1.) Deputy OJ STROTHER is the <u>INCORRECT</u> name of the lowndes County Deputy Sheriff that transported plaintiff Allen to Montgomery County to be arrested on 2/7/2007.

2.) Deputy Sheriff <u>Birtley</u> of Lowndes County Sheriff Dept., is the <u>Correct</u> name that plaintiff Allen, Request to Amend to this Instant Complaint. Deputy <u>Birtley</u> Transported Allen on 2/7/2007.

3.) Defendant will not be prejudiced by this Request.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoin has been served upon the Honorable Robert Faulk, Defendant Attorney by placing same in the U.S. Mail, postage prepaid, on this the 13th day of January 2008.

Robert L. Allen  
136 N. Court ST  
prattville, Al 36067-3002

Pro se Robert L. Allen  
Robert L. Allen  
1-13-2008

Mr. Robert L. Allen
136 N. Court St
Prattville, Al 36067-3002

Legal Mail

Honorable Clerk, MRS. Debra Hackett
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711

MONTGOMERY AL 361
15 JAN 2008 PM
USA 41

LEGATE MAIL
AUTAUGA METRO JAIL