IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

ROBERT LEE ALLEN,
    Plaintiff,

V,              Case no. 2:07-cv-982-WKW

AUTAUGA COUNTY SHERIFF DEPT., et al.,
    Defendants,

## MOTION TO TAKE JUDICIAL NOTICE

COMES NOW, the plaintiff, Robert L. Allen, pro se, and Respectfully Request the Honorable Court to take Judicial Notice of the below listed Documents, as Exhibits in pending cases.

1.) In case no. 2:07-cv-982-wkw, "Defendants Report and Answers" I Request the Honorable Court to review. Exhibits "A," "B," "C," "D," and "E," Autauga County Arrest Warrants, none of these warrants

have a "Clerk STAMP" showing when it was filed in Autauga County.

2.) And none of these warrants, are endorse by any Judge or Magistrate in the County in which they were executed in, on 2/7/2007. Please Review these Arrest Warrants.

SEE. Exhibits From Case no. "2:07-CV-90-ID"

1.) See. Exhibits, "D", "E", And "F", please Consolidated) with Instant Complaint, Plaintiff Response to special Report.

2.) Defendants would not be prejudiced by this Request.

## CERTIFICATE OF SERVICE

I Certify that a Copy of the foregoing has been Served upon the Honorable Robert FAulk, Defendants Attorney, by placing same in the U.S. Mail, postage prepaid, on this the 15th day of January 2008

Robert L. Allen         Pro se      Robert lee Allen
136 N. Court St                     Robert lee Allen
Prattville, Al 36067-3002

Robert Allen
Autauga Metro Jail
136 N. Court ST
PRAttville, Al 36067-3002



Honorable Clerk, Mrs. Debra Hackett
United States DistRicT Court
P.O. Box 711
Montgomery, Al 36101-0711