IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>           DIVISION

ROBERT LEE ALLEN

    Plaintiff,

v.                                CASE NO. <u>2:07-CV-982-WKW</u>

AUTAUGA DEPUTY B. DILLON

    Defendants,

*(Stamp: RECEIVED 2008 FEB 13, DEBRA P. HACKETT, CLK, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA)*

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>B. DILLON</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [✓] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| AUTAUGA COUNTY | EMPLOYEE OF DEFENDANT DILLON |

<u>2-12-08</u>
Date

(Signature)

**J. Robert Faulk**
(Counsel's Name)

**B. Dillon**
Counsel for (print names of all parties)

145 West Main Street
Prattville, AL  36067
Address, City, State Zip Code

334-365-5924
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE _____ DIVISION

## CERTIFICATE OF SERVICE

I, J. Robert Faulk _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U. S. Mail _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 12th day of February 20 08 to:

Robert Lee Allen

136 N. Court St.

Prattville, AL  36067-3002

2/12/2008
Date

Signature