IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| ROBERT LEE ALLEN | * |
| Plaintiff, | * |
| v. | *   2:07-CV-982-WKW |
| AUTAUGA DEPUTY B. DILLON | * |
| Defendant. | * |

_____

**ORDER ON MOTION**

Before the court is Plaintiff's request for the court to take judicial notice of exhibits he filed in another case and which currently remains pending in this court. Upon consideration of the request, it is

ORDERED that Plaintiff's motion for the court to take judicial notice of exhibits filed in *Allen v. Vaughner*, Civil Action No. 2:07-CV-90-ID (*Doc. No. 21*), be and is hereby GRANTED to the extent the court finds that such judicial notice is warranted at the time it reviews the instant case for disposition.

It is further

ORDERED that Plaintiff's motion for the court to take judicial notice of certain specified exhibits filed by Defendants in the instant action, construed as a motion for judicial *review* of certain exhibits filed by Defendants in the instant case (*Doc. No. 21*), be and is

GRANTED.

Done, this 6th day of March 2008.

      /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE