IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT LEE ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-982-WKW |
| | ) |
| AUTAUGA COUNTY | ) |
| SHERIFF'S DEPARTMENT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge ("Recommendation") (Doc. # 28), and after an independent review, it is ORDERED that:

(1)   The Recommendation is ADOPTED; and,

(2)   All Plaintiff's claims are DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 27th day of April, 2010.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE